```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
GERALD LOVOI,

                Plaintiff,                      ORDER

        - against -                             23 Civ. 6035 (NRB)

DESKTOP METAL, INC., RIC FULOP,
SCOTT DUSSAULT, JAMES
EISENSTEIN, DAYNA GRAYSON, WEN
HSIEH, JEFF IMMELT, STEPHEN
NIGRO, STEVE PAPA, BILAL
ZUBERI,
                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on July 13, 2023, this case was filed alleging violations of Sections 14(a) and 20(a) related to a proposed merger between Desktop Metal, Inc., Stratasys Ltd., and Stratasys's wholly-owned subsidiary, Tetris Sub, Inc., (ECF No. 1); and

WHEREAS, it was publicly reported that challenged merger agreement was terminated on September 28, 2023; and

WHEREAS, there is no evidence of further activity on the docket after the complaint was filed; it is hereby

**ORDERED** that this case is dismissed with prejudice for failure to prosecute.

Dated:  August 20, 2024
        New York, New York

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE